

4/24/24, 11:04 AM                                                                 Gmail - Welcome to Choice Home Warranty

Erik Salaiz <salaiz.ep@gmail.com>

## Welcome to Choice Home Warranty
1 message

---

**CHOICE Warranty** <confirm@choicehomewarranty.com>     Tue, Apr 23, 2024 at 11:02 AM
Reply-To: noreply@choicehomewarranty.com
To: salaiz.ep@gmail.com



**ERIC SALAIZ,**

Welcome to Choice Home Warranty! We are pleased to offer you coverage for one of your most valuable assets - your home. We strive to make your life easier and we are here 24/7 to take your requests for service.

Please take a moment to confirm your information below.

**Coverage Address:**
6320 Navajo Ave
El Paso, TX 79925

**Mailing Address:**
6320 Navajo Ave
El Paso, TX 79925-3408

**Policy Information:**

| | |
|---|---|
| Plan: | Total Plan |
| Service Call Fee: | $85.00 |
| Optional Coverage: | None |
| Total: | $49.25 per month |
| Sales tax paid: | $0 |
| Total paid today: | $49.25 |

---

» Click to view, download or print a copy of your policy.

**Account Center Login Information:**

| | |
|---|---|
| Username: | salaiz.ep@gmail.com |
| Policy Number: | 900022684 |

You may download an electronic copy of your policy, including the terms of service, from the CHW Account Center.

To obtain the most value from your new CHW policy, take a moment to read and understand your coverage. Please feel free to contact us if you have any questions or need clarification on your warranty policy. We look forward to providing you the quality of service our customers have come to expect from Choice Home Warranty.

The CHW Sales Team

**Exhibit A**